UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 1:18-cv-00304-RJJ |
| v. | ) |
| DOUGLAS CLARK, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SUGGESTION OF DEFENDANT'S BANKRUPTCY**

Plaintiff, Malibu Media, LLC, hereby files this notice that Plaintiff has been notified that a Chapter 13 Voluntary Bankruptcy petition was filed on Defendant's behalf in the U.S. Bankruptcy Court, Western District of Michigan, on September 30, 2018, under Bankruptcy Court in case number: 1:18-bk-04156.

Pursuant to 11 U.S.C. 362, an automatic stay may be in effect, in which any pending proceedings may be stayed pursuant to the aforementioned statutory authority, subject to any exceptions set forth therein. As a result of the stay, no further pleadings or papers will be filed by the undersigned in this action.

Dated: October 12, 2018          Respectfully submitted,

By:   /s/ *Joel A. Bernier*
Joel A. Bernier, Esq. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system, and U.S. via mail to any party not receiving notice through this system.

By: /s/ *Joel A. Bernier*